AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00390 |
| John Juran (AKA: Jack Juran) | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 04/21/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*       John Juran       ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:   04/21/2021                                              2021.04.21 17:03:48 -04'00'
                                                                *Issuing officer's signature*

City and state:   Washington, D.C.            Zia M. Zaruqui, U.S. Magistrate Judge
                                              *Printed name and title*

### Return

This warrant was received on *(date)* 04/21/2021 , and the person was arrested on *(date)* 05/19/2021
at *(city and state)* Strykersville, NY 14145 .

Date: 05/19/2021
                                              *Arresting officer's signature*  TFO/Inv.

                                              Jared D. Gustafson  TFO/Inv.
                                              *Printed name and title*