UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JOHN JURAN<br><br>Defendant. | Case No.: 21-mj-390<br><br>MOTION TO APPEAR<br>*PRO HAC VICE* |

Pursuant to LCvR 83.2(c)(1) and (d), Eric M. Soehnlein of Lippes Mathias Wexler Friedman LLP, hereby submits this Motion to Appear *Pro Hac Vice* on behalf of Defendant John Juran in the above-captioned case.

The Declaration for Attorney Soehnlein and a proposed Order are filed herewith.

**CONSENT OF MICHAEL G. ROSSETTI**

I, Michael G. Rossetti, current member of the Bar of the United States District Court for the District of Columbia, hereby sponsor Eric M. Soehnlein to appear *pro hac vice* in this matter. Dated this 26th day of May 2021

                                          s/Michael G. Rossetti
                                          Michael G. Rossetti
                                          DC Bar No. 477122
                                          Lippes Mathias Wexler Friedman LLP
                                          1900 K Street, NW Suite 730
                                          Washington, DC 20006
                                          202-888-7610
                                          mrossetti@lippes.com

2

Dated this 26 day of May 2021

_____
Eric M. Soehnlein
New York Bar No. 4820858
Lippes Mathias Wexler Friedman LLP
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
716-853-5100
esoehnlein@lippes.com

*Attorneys for Defendant*
John Juran