## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

**UNITED STATES OF AMERICA**

        PLAINTIFF,

    v.

**JOHN JURAN**

        DEFENDANT.

**NOTICE OF APPEARANCE**

CASE NO. 21-CR-419

---

**PLEASE TAKE NOTICE** that Eric M. Soehnlein, of the law firm of Lippes Mathias Wexler Friedman LLP, 50 Fountain Plaza, Suite 1700, Buffalo, New York 14202, hereby appears as counsel for Defendant John Juran, in the above captioned action.

DATED:    Buffalo, New York
                July 26, 2021

Respectfully Submitted,

**LIPPES MATHIAS WEXLER FRIEDMAN LLP**

By:    /s/ Eric M. Soehnlein
        Eric M. Soehnlein, Esq.
        *Attorneys for Defendant*
        *John Juran*
        50 Fountain Plaza, Suite 1700
        Buffalo, New York 14202
        (716) 853-5100
        esoehnlein@lippes.com