IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No: 21-cr-419 |
|  | : |  |
|  | : | 40 U.S.C. § 5104(e)(2)(G) |
| v. | : |  |
| JOHN JURAN, | : |  |
| Defendant. | : |  |

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, John Juran, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

1

3. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6. At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol;

however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *JURAN's Participation in the January 6, 2021, Capitol Riot*

8. On or about January 5, 2021, the defendant traveled from Buffalo, New York with friends to Washington, D.C. to attend the "Stop the Steal" rally that was scheduled to take place at the Ellipse, the 52-acre park located south of the White House, on January 6, 2021. The morning of January 6, 2021, the defendant attended the rally then traveled to the U.S. Capitol Building.

9. As stated previously, the Capitol was breached by individuals shortly after 2:00 p.m., Congressional proceedings came to a halt, and members of Congress were forced to

evacuate their chambers at approximately 2:20 p.m. The defendant was present on the western side of the U.S. Capitol at approximately that same time. He had walked past torn down bike racks, saw individuals scaling the scaffolding and media tower on the Lower West Terrace of the U.S. Capitol, joined a crowd that climbed the steps leading to a non-public entry, identified as the Parliamentarian's door on the Senate side of the building, and entered the Capitol at approximately 2:29 p.m.

10. The defendant's presence inside the hallway located near the Parliamentarian's Office was captured on video obtained by the Federal Bureau of Investigation. The video shows and the defendant admits that, for approximately 30 minutes, he walked nearby and into the Parliamentarian's Office. During this time, the defendant was taking his own pictures of the location and his movements. The defendant further admits that he destroyed the photos that he took; the photos were not recovered by law enforcement officers.

11. At approximately 2:59 p.m., the defendant exited the Capitol also through the door near the Parliamentarian's Office after he and the crowd that he was in were told to leave by law enforcement officers. At the time, law enforcement officers were deploying flash bang devices and smoke bombs to encourage individuals to exit the Capitol.

12. Law enforcement officers have not yet found evidence that the defendant engaged in any violence or destructive behavior while inside the Capitol Building.

13. The defendant knew at the time he entered the U.S. Capitol Building that he did not have permission to enter the building and yet the defendant illegally paraded, demonstrated,

or picketed inside the building for approximately 30 minutes.

                                                     Respectfully submitted,

                                                     CHANNING D. PHILLIPS  
                                                     Acting United States Attorney  
                                                     D.C. Bar No. 415793

By:    */s/ Anita Eve*  
           Anita Eve  
           Assistant United States Attorney  
           PA Bar No. 45519

## DEFENDANT'S ACKNOWLEDGMENT

I, John Juran, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 11-26-21

John Juran
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 11-26-21

Eric M. Soehnlein
Attorney for Defendant